IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | Brian Darnell | CHAPTER 13 |
| | 513 Misty Lane | |
| | Friendswood, TX  77546 | CASE NO. 11-33029-H1 |
| | DEBTOR | |

**MOTION TO DISMISS OR CONVERT**

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

David G. Peake, Chapter 13 Trustee moves the court to Dismiss or Convert the above-referenced case for the following reasons:

_____    The Chapter 13 Plan must be amended to provide for the claims of the secured and priority Creditors in full within the terms of the Plan.

_____    Payments due pursuant to  U.S.C. § 1326(a)(1)  have not been made.

_____    Debtors failed to appear for the Meeting of Creditors and this constitutes a failure to appear in proper prosecution of the case for purposes of subsequent eligibility under 11 U.S.C. § 109.

_____    The Debtors have not filed their Federal Income Tax return for the following years: . Therefore the Debtors are not able to meet the burden of proving that the Plan complies with 11 U.S.C. § 1322 (a) (2).

_____    The Debtors have caused unreasonable delay that is prejudicial to the Creditors.

  X      Other:        Failed to provide copy of 2010 income tax return to the Trustee.

**A HEARING WILL BE CONDUCTED ON THIS MATTER ON JUNE 28, 2011 AT 10:00 AM IN U.S. BANKRUPTCY COURT, 515 RUSK, ROOM 404, 4TH FLOOR, HOUSTON, TX  77002-0000.  IF YOU WANT A HEARING, YOU MUST REQUEST ONE IN WRITING.  YOU MUST FILE YOUR RESPONSE WITH THE CLERK OF THE BANKRUPTCY COURT WITHIN TWENTY ONE DAYS AS FOLLOWS: 1. FILE A RESPONSE WITHIN TWENTY ONE DAYS THAT SHOWS THAT THE ABOVE-CITED DEFICIENCY HAS BEEN CURED, OR 2.  FILE A RESPONSE WITHIN TWENTY ONE (21) DAYS THAT SHOWS THAT THE COURT SHOULD ALLOW YOU ADDITIONAL TIME TO CURE THE ABOVE-CITED DEFICIENCY.  OTHERWISE, THE COURT MAY TREAT THE PLEADING AS UNOPPOSED AND DISMISS OR CONVERT YOUR CASE.  IF THE DEFICIENCY IS FOR FAILURE TO FILE TAX RETURNS AND THE CASE IS DISMISSED, YOU WILL NOT BE ALLOWED TO FILE ANOTHER BANKRUPTCY CASE UNTIL ALL OF YOUR RETURNS ARE FILED.**

Wherefore, the Trustee requests that the case be dismissed or converted to Chapter 7, whichever shall be determined in the best interest of creditors.

Dated: May 26, 2011

/s/ David G. Peake
David G. Peake
Standing Chapter 13 Trustee

### CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document was sent to all parties listed on the matrix on file with the Bankrutpcy Clerk's Office on or about the time this document was electronically filed with the Clerk on 05/26/2011.  A copy of the Certificate of Mailing of the document is on file and may be viewed at the U.S. Bankruptcy Clerk's Office.

Electronically signed by
David G. Peake, Chapter 13 Trustee

Debtor's Attorney of Record:
MICHAEL G BUSBY
BUSBY & ASSOCIATES
2909 HILLCROFT SUITE 350
HOUSTON, TX  77057

Debtor:
Brian Darnell
513 Misty Lane
Friendswood, TX  77546

ATTORNEY GENERAL FOR U S
10TH & CONSTITUTION AVE
WASHINGTON D C
,  20530

BAC HOME LOANS SER
450 AMERICAN ST
SIMI VALLEY, CA  93065

BARRETT DAFFIN FRAPPIER TURNER &
ENGEL LLP
610 WEST 5TH STREET  SUITE 602
AUSTIN, TX  78701

CAPITAL ONE
PO BOX 85520
RICHMOND, VA  23285

CHEX SYSTEMS
ATTN: CONSUMER RELATIONS
7805 HUDSON RD # 100
SAINT PAUL, MN  55125

INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA, PA  19101-7346

INTERNAL REVENUE SERVICE***
P O BOX 7317
PHILADELPHIA, PA  19101-7317

MICHAEL G BUSBY
BUSBY & ASSOCIATES
2909 HILLCROFT SUITE 350
HOUSTON, TX  77057

RESURGENT CAPITAL SERVICE
PO BOX 10587
GREENVILLE, SC  29603-0587

SOUTHWEST AIRLINES FCU
PO BOX 35708
DALLAS, TX  75235

TELECHECK
5251 WESTHEIMER RD SUITE B100
HOUSTON, TX  77056

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| Brian Darnell<br>513 Misty Lane<br>Friendswood, TX  77546 | CASE NO. 11-33029-H1 |
| DEBTOR | |

**ORDER OF DISMISSAL**

The Court has considered the Trustee's Motion to Dismiss and any response or opposition thereto. The court is of the opinion that proper notice to all parties in interest has been given and that the Motion should be granted. It is therefore

ORDERED that this case is dismissed.

Dated: _____

_____
United States Bankruptcy Judge